| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Florida** |
| Case number (*If known*): _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
Light of Hope Behavior Therapy Inc

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names  
dba Light of Hope Medical Center

**3. Debtor's federal Employer Identification Number (EIN)**  
47-2920114

**4. Debtor's address**

Principal place of business  
15190 SW 136 Street, Suite 26, 27  
Number    Street  

Miami        FL    33196  
City         State  Zip Code  

DADE  
County  

Mailing address, if different from principal place of business  
15190 SW 136 Street, Suite 27  
Number    Street  

Miami        FL    33196  
City         State  Zip Code  

Location of principal assets, if different from principal place of business  
_____  
Number    Street  

_____  
City         State  Zip Code  

**5. Debtor's website (URL)**  
_____

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1 of 5  
Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor **Light of Hope Behavior Therapy Inc**        Case number *(if known)*
      Name

**6.  Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7.  Describe debtor's business:**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**6213**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor  **Light of Hope Behavior Therapy Inc**                                Case number *(if known)* _____
        Name

| | | | |
|---|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No | |
| | If more than 2 cases, attach a separate list. | ☐ Yes. | District _____ When _____ Case number _____ |
| | | | MM/DD/YYYY |
| | | | District _____ When _____ Case number _____ |
| | | | MM/DD/YYYY |

| | | | |
|---|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No | |
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. | Debtor _____ Relationship _____ |
| | | | District _____ When _____ |
| | | | MM/DD/YYYY |
| | | | Case number, if known _____ |

11. **Why is the case filed in *this district*?**

   Check all that apply:

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No

   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                              Number        Street

   _____
   City                    State   ZIP Code

   **Is the property insured?**

   ☐ No

   ☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

Debtor  **Light of Hope Behavior Therapy Inc**  Case number *(if known)* _____
      Name

## Statistical and administrative information

| | | | |
|---|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* | |
| | | ☒ Funds will be available for distribution to unsecured creditors. | |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| | | | | |
|---|---|---|---|---|
| 15. | **Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| 16. | **Estimated liabilities** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/23/2025
               MM / DD / YYYY

✗ **/s/ Tania H Perez Gonzalez**         **Tania H Perez Gonzalez**
   Signature of authorized representative of debtor      Printed name

Title  **President**

| | | |
|---|---|---|
| Debtor **Light of Hope Behavior Therapy Inc** | | Case number *(if known)* |
| Name | | |

| 18. | Signature of attorney | ✗ **/s/ Jacqueline Calderin** | Date |
|---|---|---|---|
| | | Signature of attorney for debtor | MM / DD / YYYY |

**Jacqueline Calderin**
Printed name

**Agentis PLLC**
Firm name

**45 Almeria Avenue**
Number      Street

**Coral Gables**        **FL**        **33134**
City             State        ZIP Code

**(305) 722-2002**          **jc@agentislaw.com**
Contact Phone          Email address

**134414**               **Florida**
Bar number              State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 5 of 5
Copyright © Financial Software Solutions, LLC                                                      BlueStylus

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name  **Light of Hope Behavior Therapy Inc**

United States Bankruptcy Court for the:  **Southern District of Florida**

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/23/2025**
             MM/DD/YYYY

✗ **/s/ Tania H Perez Gonzalez**
Signature of individual signing on behalf of debtor

**Tania H Perez Gonzalez**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify your case:**

Debtor Name   **Light of Hope Behavior Therapy Inc**

United States Bankruptcy Court for the:   **Southern District of Florida**

Case number (If known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Department of Treasury<br>P.O. Box 979101<br>St. Louis, MO 63197-9000 | U.S. Department of Treasury<br>() - | Agency Debt Number: 3345727008 | | | | $118,378.67 |
| 2 | Vox Funding, LLC<br>c/o Yeshaya Gorkin, Esq.<br>PO Box 605<br>New York, NY 10038 | Vox Funding, LLC<br>(212) 913-3021 | Judgment | | | | $65,509.30 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1 of 1

Copyright © Financial Software Solutions, LLC   BlueStylus

# United States Bankruptcy Court

## Southern District of Florida

In re **Light of Hope Behavior Therapy Inc**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **07/23/2025**

**/s/ Tania H Perez Gonzalez**  
**Tania H Perez Gonzalez**  
Signature of Debtor

Copyright © Financial Software Solutions, LLC

C T Corporation System, as Representative
330 N Brand Blvd, Suite 700
ATTN: SPRS
Glendale, CA 91203


Ciras LLC
3000 Smoot Road, Suite A
Smoot, WV 24997


ConServe
200 CrossKeys Office Park
Fairport, NY 14450


Corporation Service Company Financial Agent Services
PO Box 2576
Springfield, IL 62708


Internal Revenue Service
7850 SW 6 Court
Mail Stop 5730
Fort Lauderdale, FL 33324


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


McKesson Corporation
6651 Gate Parkway
Jacksonville, FL 32256-0000


Miami Dade County Tax Collector
Bankruptcy Paralegal Unit
200 N.W. Second Avenue, Suite 430
Miami, FL 33130-0000

Tania H. Perez Gonzalez
14483 SW 172 Lane
Miami, FL 33177


TD Bank NA
1701 Route 70 East
Cherry Hill, NJ 08034


TD Bank, National Association
One Royal Road
Flemington, NJ 08822


U.S. Department of Treasury
P.O. Box 979101
St. Louis, MO 63197-9000


Vox Funding, LLC
c/o Yeshaya Gorkin, Esq.
PO Box 605
New York, NY 10038