UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No.:  25-18397-RAM

LIGHT OF HOPE BEHAVIOR THERAPY, INC.                Chapter 11
                                                                        Subchapter V

     Debtor.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George L. Zinkler, III, Esq. and the law firm of Lorium Law hereby enter their appearance as counsel for creditor, Ciras, LLC, in the above-styled matter.  All parties are requested to take notice of this appearance and shall serve copies of any and all pleadings, correspondence, reports and/or documents of any kind or nature filed in this matter upon the undersigned.

**LORIUM LAW**
*Attorneys for Ciras, LLC*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone (954) 462-8000
Facsimile (954) 462-4300

By:   /s/ *George L. Zinkler, III*
     GEORGE L. ZINKLER, III
     Florida Bar No. 586986
     gzinkler@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF to all parties receiving service by this method this 25th day of July, 2025.

     /s/ *George L. Zinkler, III*
     GEORGE L. ZINKLER, III